# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HAROLD ROBINSON,<br><br>               Plaintiff,<br><br>v.<br><br>TAD MECHAM, ET AL.,<br><br>               Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:16-cv-450-DB<br><br>District Judge Dee Benson |

      Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin Pead on September 21, 2017, recommending that Defendant Meb Anderson's Motion to Dismiss be granted.

      The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

      De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

      IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and Defendant Meb Anderson's Motion to Dismiss is hereby GRANTED.

DATED this 13th day of March, 2018.

BY THE COURT:

*Dee Benson*

Dee Benson
United States District Judge