IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HAROLD ROBINSON,<br><br>    Plaintiff,<br>v.<br><br>TAD MECHAM, ET AL.,<br><br>    Defendants. | ORDER<br><br>Case No. 2:16-cv-450<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

  Before the Court is the Report and Recommendation issued by the magistrate judge on July 17, 2019, (Dkt. No. 67,) recommending that the court deny Plaintiff's Motion for Default Judgment as Sanction. (Dkt. No. 58.)

  The parties were entitled to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

  De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation of the magistrate judge (Dkt. No. 67) is ADOPTED, and Plaintiff's Motion for Default Judgment as Sanction (Dkt. No. 58) is hereby DENIED.

Signed: August 6, 2019

BY THE COURT

_____
District Judge Dee Benson