IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HAROLD ROBINSON, | REPORT AND RECOMMENDATION |
| Plaintiff, | Case No. 2:16-cv-00450-DB-DBP |
| v. | District Judge Dee Benson |
| TAD MECHAM, ET AL., | Magistrate Judge Dustin B. Pead |
| Defendants. | |

This matter is referred to the undersigned from District Judge Dee Benson pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF 5.) On April 9, 2019, Defendants Tad Mecham, Jared Hammon, Chad Sheppick, Carlos Braceras, and Nick Berrie (collectively "Defendants") filed a Suggestion of Death with the Court. (ECF 63.) The Court reviewed the news stories about the series of events leading to Plaintiff Harold Robinson's death on April 8, 2019, and entered an order under Fed. R. Civ. P. 25(a)(1), ordering "any party or a decedent's successor or representative" to file a motion for substitution on or before July 8, 2019. (ECF 64.) On July 2, 2019, Bettie Robinson filed a motion for substitution. (ECF 65.) Subsequently the Court denied that motion without prejudice because it provided insufficient detail and failed to comply with Federal Rule of Civil Procedure 25. (ECF 69.) In its order the Court provided that: "Any party or a decedent's successor or representative may file a motion for substitution on or before October 11, 2019. If a motion is not made, the Court shall dismiss the matter." (ECF 69 p. 3.) To date, no motion for substitution has been filed and the deadline to do so has passed.

As noted by the Tenth Circuit in *Grandbouche v. Lovell*, 913 F.2d 835 (10th Cir. 1990), prior to being amended in 1963, Rule 25 "required a court to dismiss an action if no motion for substitution had been filed within two years of the death of a party." *Id.* at 836. To help remedy the inequities caused by the inflexibility of this rule, Rule 25 was "amended to require a motion for substitution to be filed within ninety days from the time a suggestion of death is filed in the district court and properly served." *Id.*

The suggestion of death was filed with the Court on April 9, 2019, and sent to the decedents last known address. (ECF 63.) A motion to substitute party was subsequently filed by Bettie Robinson and denied without prejudice as set forth above. No other motion to substitute party has been filed. In its September 2019 order, the Court set forth a deadline to file a motion to substitute and stated that if it is not filed "the Court shall dismiss the matter." (ECF No. 69 p. 3.) Because a proper timely motion to substitute has not been filed and because there has been a failure to comply with the Court's order requiring the filing of such a motion, the undersigned recommends this case be dismissed.

## RECOMMENDATION

For the reasons discussed above and in accordance with Rule 25, the Court RECOMMENDS this matter be DISMISSED.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within **fourteen (14) days** of being served with a copy, any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 29 April 2020.

_____
Dustin B. Pead
United States Magistrate Judge