IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HAROLD ROBINSON,<br><br>               Plaintiff,<br><br>v.<br><br>TAD MECHAM, et. al.,<br><br>               Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br>Case No. 2:16-cv-00450-DB-DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

Before the court is the Report and Recommendation issued by the Magistrate Judge on April 29, 2020, recommending that the court dismiss this action for failure to comply with the court's order to file a proper motion to substitute party. (Dkt. No. 72; *see also* Dkt. No. 69.) The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation has been completed. The analysis and conclusion of the Magistrate Judge are correct and the Report and Recommendation will be adopted.

It is hereby ORDERED that the Report and Recommendation (Dkt. No. 72) is ADOPTED, and this action is DISMISSED with prejudice.

DATED this 27th day of May, 2020.

BY THE COURT:

DEE BENSON
United States District Judge